# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TULE LAKE COMMITTEE,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF TULELAKE, et al.,<br><br>Defendants. | No. 2:18-CV-02280-KJM-DMC<br><br><br><br>ORDER |

A settlement conference is scheduled before Magistrate Judge Dennis M. Cota for September 27, 2018, at 9:00 a.m. in Courtroom No. 4, 15th Floor.

The parties are directed to submit their confidential settlement conference statements directly to chambers by September 17, 2018, using the following email address: cpine@caed.uscourts.gov. These statements shall not be filed. Statements must include a summary of facts, identification of the issues and client objectives, status of settlement, including a summary of past settlement talks, and a current demand and settlement position. Additionally, the parties are directed to provide the Court with a proposed settlement document template for review at the settlement conference. If a party desires to share additional confidential information with the Court, they may do so pursuant to the provisions of Eastern District of California Local Rule 270(d) and (e). Each party is reminded of the requirement that it be represented in person at

1

the settlement conference by a person able to dispose of the case or fully authorized to settle the matter at the settlement conference on any terms. <u>See</u> Local Rule 270(f)(1).

Concurrent with their settlement conference statement, the parties shall execute and file the attached Waiver of Disqualification.

DATED: September 10, 2018

Hon. Dennis M. Cota
United States Magistrate Judge

1
2
3
4
5
6
7
8      **IN THE UNITED STATES DISTRICT COURT**
9      **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10
11   TULE LAKE COMMITTEE,                    No. 2:18-CV-02280-KJM-DMC
12              Plaintiff,
13      v.
14   CITY OF TULELAKE, et al.,
15              Defendants.
16
17                          WAIVER OF DISQUALIFICATION
18         Pursuant to Local Rule 270(b) of the Eastern District of California, the parties to
19   the herein action affirmatively request that the assigned Magistrate Judge participate in the
20   settlement conference and further, the parties waive any claim of disqualification to Judge Cota
21   thereafter hearing and determining matters in this case in accordance with 28 U.S.C. § 636(b)(1)
22   and Local Rule 302 of the Eastern District of California.
23
24   DATED: _____           _____
25                                           By: For Plaintiff(s)
26
     DATED: _____           _____
27                                           By: For Defendant(s)
28

                                                1