Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 443-6911
Facsimile:    (916) 447-8336
E-Mail:        mark@markmerin.com
                    paul@markmerin.com

YOSHINORI H. T. HIMEL (State Bar No. 066194)
372 Florin Road #191
Sacramento, California 95831
Telephone:   (916) 420-9865
Facsimile:    (916) 721-2347
E-Mail:        YHimel@LawRonin.com

   Attorneys for Plaintiff, TULE LAKE COMMITTEE

Michael A. Robinson (SBN 214666)
Patrick R. Bergin (SBN 269672)
Tim Hennessy (SBN 233595)
FREDERICKS PEEBLES & MORGAN LLP
2020 L Street, Suite 250
Sacramento, CA 95811
Telephone: (916) 441-2700
Facsimile: (916) 441-2067
mrobinson@ndnlaw.com
thennessy@ndnlaw.com

   Attorneys for Defendants, CITY OF TULELAKE, CITY COUNCIL OF
   THE CITY OF TULELAKE, and MODOC TRIBE OF OKLAHOMA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TULE LAKE COMMITTEE, | Case No. 2:18-cv-02280-KJM-DMC |
| Plaintiff, | **STIPULATED STAY ORDER** |
| vs. | |
| CITY OF TULELAKE, et al., | |
| Defendants. | |

The parties hereby stipulate, subject to the approval of the Court as provided for hereon, as

1

follows:

1. At a settlement conference held on September 27, 2018, the parties agreed, depending upon evidence which may be provided, that either this action would be dismissed after 180 days or further negotiations would occur to address issues which might remain. In furtherance of that agreement, this action is STAYED until further order of this Court.

2. Around the agreed 180-day time recorded at the settlement conference, this Court anticipates that Judge Cota will recommend whether to lift the stay.

3. The date to file an amended complaint, set in part II of the Status (Pretrial Scheduling) Order filed September 10, 2018, is EXTENDED until the fifteenth day after the filing of an order lifting the stay.

4. Time-related defenses (such as laches or Cal. Gov. Code § 54960.1(c)(4)) against claims arising from a transaction, occurrence, or series of transactions or occurrences in this action, are TOLLED from September 27, 2018, until the fifteenth day after the filing of an order lifting the stay.

Dated: October 16, 2018

LAW OFFICE OF MARK E. MERIN
Mark E. Merin
Paul H. Masuhara
YOSHINORI H. T. HIMEL

*/s/ YHimel*
By: _____
Yoshinori H. T. Himel
Attorneys for Plaintiff
TULE LAKE COMMITTEE

Dated:

FREDERICKS PEEBLES & MORGAN LLP
Michael A. Robinson
Patrick R. Bergin
Tim Hennessy

By: _____

Attorneys for Defendants
CITY OF TULELAKE, CITY COUNCIL OF THE CITY OF TULELAKE, and MODOC TRIBE OF OKLAHOMA

2

**STIPULATED STAY ORDER**
*Tule Lake Committee v. City of Tulelake*, United States District Court, Eastern District of California, Case No. 2:18-cv-02280-KJM-CMK

ORDER

It is APPROVED and SO ORDERED.

DATED: November 9, 2018.

_____
UNITED STATES DISTRICT JUDGE