# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TULE LAKE COMMITTEE, | No. 2:18-CV-2280-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| CITY OT TULELAKE, et al., | |
| Defendants. | |

Plaintiff, which is proceeding with retained counsel, brings this civil action. The matter is hereby set for a status conference before the undersigned in Redding, California, on April 3, 2019, at 11:00 a.m. Consistent with the District Judge's November 13, 2018, order staying this action, the parties shall be prepared to discuss the status of settlement discussions and whether the court should recommend lifting the stay. Counsel may arrange telephonic appearances through CourtCall.

IT IS SO ORDERED.

Dated: March 26, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1