# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

TULE LAKE COMMITTEE,

    Plaintiff,

    v.

CITY OF TULELAKE, et al.,

    Defendants.

No. 2:18-CV-2280-KJM-DMC

ORDER

        Plaintiff, which is proceeding with retained counsel, brings this civil action. Good cause appearing therefor, plaintiff's requests to seal documents (ECF Nos. 43 and 44) are granted. The Clerk of the Court is directed to seal the parties' filings at ECF Nos. 40 and 42. The Clerk of the Court is further directed to file under seal plaintiff's document captioned "Tule Lake Committee's Response to Letter on the Sufficiency of Its Evidence" and Exhibit 1 attached thereto, both submitted to chambers on April 2, 2019. Finally, the court orders that counsel may obtain transcripts of the status conference held before the undersigned in Redding, California, on April 3, 2019. That proceeding otherwise remains sealed.

/ / /

/ / /

/ / /

/ / /

IT IS SO ORDERED.

Dated: April 4, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE