**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TULE LAKE COMMITTEE, | No. 2:18-CV-2280-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| CITY OF TULELAKE, et al., | |
| Defendants. | |

Plaintiff, which is proceeding with retained counsel, brings this civil action. The matter was referred to the undersigned for the purposes of conducting a settlement conference. See ECF No. 22 (September 10, 2018, scheduling order). That conference was conducted on September 27, 2018, and resulted in the parties entering into a stipulated interim settlement agreement and a stay of proceedings. See ECF No. 31 (interim settlement agreement, filed under seal); see also ECF No. 39 (stipulated order staying action).

On April 3, 2019, the parties appeared before the undersigned to update the court on the status of settlement discussions. It now appearing that the parties are in disagreement as to the extent to which further settlement negotiations may be appropriate or warranted, the matter is referred back to the assigned District Judge for further proceedings.

IT IS SO ORDERED.

Dated: April 8, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1