Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 443-6911
Facsimile:   (916) 447-8336
E-Mail:      mark@markmerin.com
             paul@markmerin.com

Yoshinori H. T. Himel (State Bar No. 066194)
372 Florin Road #191
Sacramento, California 95831
Telephone:   (916) 420-9865
Facsimile:   (916) 721-2347
E-Mail:      YHimel@LawRonin.com

Attorneys for Plaintiff
TULE LAKE COMMITTEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TULE LAKE COMMITTEE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF TULELAKE, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-02280-KJM-DMC<br><br>**PLAINTIFF TULE LAKE COMMITTEE'S APPLICATION FOR ORDER LIFTING STAY AND DISMISSING ACTION WITHOUT PREJUDICE; DECLARATION OF MARK E. MERIN; AND ORDER** |

**APPLICATION FOR ORDER LIFTING STAY & DISMISSING ACTION WITHOUT PREJUDICE**

The TULE LAKE COMMITTEE, plaintiff, requests that the Court lift the stay ordered November 13, 2018, and dismiss the action without prejudice. The dismissal's without-prejudice nature (agreed to in the stipulation and order filed October 24, 2018) allows plaintiff to file another action raising similar claims, and the Stipulated Stay Order filed November 13, 2018, tolls time-related defenses to such claims until "the fifteenth day after the filing of an order lifting the stay." *Id.* at ¶ 4.

The explicit lifting of the stay sought here is needed to define the end of the tolling period. Without an express order lifting the stay, the tolling period is uncertain and could lead to litigation. See Stipulated Stay Order ¶¶ 3 & 4, and Opposition filed July 26, 2019, signature page.

1

As is shown in the within Declaration of Mark E. Merin, plaintiff sought defendants' stipulation to the order sought here, but defendants refused to sign the stipulation.

Accordingly, the Court should enter an Order that (1) lifts the stay entered by Stipulated Stay Order filed November 13, 2018, and (2) dismisses the action without prejudice.

Dated: March 17, 2020

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

By: _____
    Mark E. Merin

Attorney for Plaintiff
TULE LAKE COMMITTEE

## DECLARATION OF MARK E. MERIN

I, Mark E. Merin, do declare and say:

1. I am an attorney licensed to practice in all of the courts in the State of California and in the United States District Court for the Eastern District of California. I am one of the attorneys representing the Tule Lake Committee, the plaintiff in the within litigation.

2. On March 12, 2020, I spoke with defense attorney Michael A. Robinson about stipulating to lifting the stay and dismissing without prejudice.

3. On March 13, 2020, we emailed our proposed stipulation and order to Mr. Robinson. A copy of that proposed stipulation is attached hereto as "Exhibit A."

4. On March 16, 2020, we received an email from Mr. Robinson, refusing to stipulate.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct and that this declaration was executed on March 17, 2020, at Sacramento, California.

_____
Mark E. Merin

2

**<u>ORDER</u>**

Upon plaintiff's application, it is ORDERED as follows:

1. The stay of the action entered by Stipulated Stay Order filed November 13, 2018, is LIFTED hereby.

2. In accordance with the Order filed March 11, 2020, the action is hereby DISMISSED WITHOUT PREJUDICE.

It is SO ORDERED.

Dated: March 19, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

3

**PLAINTIFF'S APPLICATION FOR ORDER LIFTING STAY AND DISMISSING ACTION WITHOUT PREJUDICE**
*Tule Lake Committee v. City of Tulelake*, United States District Court, Eastern District of California, Case No. 2:18-cv-02280-KJM-DMC